UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSHUA THOMAS BALES,<br><br>                    Defendant. | CASE NO. CR20-0090-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Joshua Thomas Bales's motion to modify the conditions of his release (Dkt. No. 88).

Mr. Bales's appearance bond prohibits him from using, possessing, or accessing a computer, computer components, or the internet without prior approval of U.S. Probation and Pretrial Services ("Probation"). (Dkt. No. 83 at 1.) The Probation office in Atlanta, Georgia, where Mr. Bales resides with his parents, is presently supervising him. (Dkt. No. 88 at 2.) Mr. Bales has asked Probation to allow him to use his parents' computer to review voluminous discovery that is impractical to print and mail. (*Id.* at 2–3.) He proposes that Probation allow him to access an online secure database containing non-protected discovery or permit defense counsel to provide him a plug-in hard drive containing that information to be maintained by Mr. Bales's parents and reviewed by Mr. Bales on his parents' computer only while the internet at their residence is disabled. (*Id.*) Probation is not willing to allow Mr. Bales to review discovery on his

parents' computer without Court approval. (*Id.* at 3.)

Mr. Bales therefore asks the Court to enter an order authorizing Probation to allow him limited access to his parents' computer to review discovery. (*Id.*) The Government does not object but prefers that Mr. Bales review discovery on the plug-in hard drive with the internet disabled rather than via an online database. (Dkt. No. 89.) The Court, having thoroughly reviewed the parties' briefing and the relevant record, and finding good cause, GRANTS the motion (Dkt. No. 88) and APPROVES of U.S. Probation authorizing Mr. Bales to have limited access his parents' computer to review the non-protected discovery in this case. The Court expresses no opinion regarding whether the online database or the hard drive is a better method of providing Mr. Bales access to discovery while limiting his internet access.

DATED this 12th day of July 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE