THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOSHUA THOMAS BALES,<br><br>　　　　　　Defendant. | CASE NO. CR20-0090-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to modify the conditions of on Defendant Joshua Thomas Bales's release (Dkt. No. 92). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

On July 24, 2020, a grand jury indicted Mr. Bales for cyberstalking and making interstate threats. (Dkt. No. 15.) Mr. Bales is presently on pretrial release under the supervision of the U.S. Probation and Pretrial Services ("Probation") office in Atlanta, Georgia, where Mr. Bales resides with his parents. (Dkt. No. 88 at 2.) Mr. Bales's appearance bond prohibits him from using, possessing, or accessing a computer, computer components, or the internet without prior approval of Probation. (Dkt. No. 3 at 1.) The Court previously modified his conditions of supervision to allow Probation to authorize him to have limited access to review discovery on his parents' computer. (Dkt. No. 90.)

Mr. Bales asserts that he needs to meet with an expert via videoconference on Wednesday, September 29, 2021, to prepare for trial. (*See* Dkt. No. 92 at 2.) Defense has further indicated it would be helpful for counsel to be able to meet with Mr. Bales via video conference to review protected discovery in this case. (*Id.*)

The Court, having thoroughly reviewed the parties' briefing and the relevant record, and finding good cause, GRANTS the motion (Dkt. No. 92) and modifies the conditions of release to authorize Mr. Bales to have limited access to a computer to meet with counsel, the defense team, and defense experts via video conferencing at times approved by Probation.

DATED this 24th day of September 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE