THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA BALES,<br><br>　　　　　　Defendant. | CASE NO. CR20-0090-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defense counsel's motion to withdraw (Dkt. No. 101.) Having reviewed the motion, and confirming compliance with W.D. Wash. Local Crim. R. 5.5(g)(4) and W.D. Wash Local Civil R. 83.2(b), the Court GRANTS the motion. Scott Engelhard may withdraw from this case and will no longer be counsel of record for Defendant.

DATED this 21st day of January 2022.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Sandra Rawski
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
CR20-0090-JCC
PAGE - 1