THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR20-0090-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOSHUA BALES, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue the pretrial motions deadline (Dkt. No. 103). The motion is GRANTED. Pretrial motions in this matter must be filed on or before June 17, 2022.

DATED this 6th day of June 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
CR20-0090-JCC
PAGE - 1