THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0090-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOSHUA THOMAS BALES, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court sua sponte. Pursuant to CrR 12(b)(3), Defendant's reply in support of his motion for early termination of supervision (Dkt. No. 142) was due on April 6, 2025. However, based on its communications with counsel, the Court understands that counsel was appointed for Defendant on April 4, 2025. Accordingly, the Court finds good cause to extend Defendant's reply deadline. Counsel for Defendant shall file his reply on or before April 14, 2025.

DATED this 7th day of April 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
CR20-0090-JCC
PAGE - 1