THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0090-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOSHUA THOMAS BALES, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed request for an extension of the reply deadline (Dkt. No. 151). Pursuant to CrR 12(b)(3), Defendant's reply in support of his motion for early termination of supervision (Dkt. No. 142) was due on April 6, 2025. The Court then extended that deadline to April 14, 2025. (Dkt. No. 150 at 1.) Defense counsel now seeks a second extension while awaiting confirmation of certain information from Defendant's probation officer. (Dkt. No. 151 at 1.) The Court finds good cause to extend Defendant's reply deadline. Accordingly, counsel for Defendant shall file his reply on or before April 21, 2025.

//

//

//

MINUTE ORDER
CR20-0090-JCC
PAGE - 1

DATED this 15th day of April 2025.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Kathleen Albert<br>
Deputy Clerk